594-07/MEU/SL
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiffs
ELOI MARITIME LIMITED and
CENATA SHIPPING CO LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE KEENAN

07 CV 1049 6

-----------------------------------------------------------------x
ELOI MARITIME LIMITED and CENATA SHIPPING CO LTD.,

                    Plaintiffs,

    -against-

SLS SHIPBUILDING CO., LTD., a/k/a
SHINA SHIPBUILDING CO., LTD.,

                    Defendant.
-----------------------------------------------------------------x

**RULE 7.1 STATEMENT**

RECEIVED
NOV 20 2007
U.S.D.C., S.D.N.Y.
CASHIERS

      The Plaintiffs, ELOI MARITIME LIMITED and CENATA SHIPPING CO LTD., by and through their undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Federal Rule of Civil Procedure (formerly Local General 1.9), and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel (a private non-governmental party) certifies that they are not publicly traded entities and no publicly held company owns 10% or more of their stock.

Dated: New York, New York
       November 20, 2007

                    FREEHILL HOGAN & MAHAR, LLP
                    Attorneys for Plaintiffs
                    ELOI MARITIME LIMITED and CENATA SHIPPING CO LTD.

                    By: _____
                          Michael E. Unger (MU 0045)
                          80 Pine Street
                          New York, NY 10005
                          Telephone: (212) 425-1900
                          Facsimile: (212) 425-1901

NYDOCS1/294227.1