592-07/MEU
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
ELOI MARITIME LIMITED and
CENATA SHIPPING CO LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

RECEIVED
DEC 27 2007
JUDGE KEENAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ELOI MARITIME LIMITED and
CENATA SHIPPING CO LTD.,

                         Plaintiffs,

- against -

SLS SHIPBUILDING CO., LTD., a/k/a SHINA
SHIPBUILDING CO., LTD.,

                         Defendant.
------------------------------------------------------------x

07cv10496 (JFK)

**ORDER DIRECTING RELEASE OF FUND AND DISCONTINUANCE OF ACTION**

It having been reported to the Court that the parties have settled this matter and no appearance having been made on behalf of the defendant;

IT IS HEREBY ORDERED that any funds restrained pursuant to the Process of Maritime Attachment and Garnishment authorized by this Court's Order dated November 20, 2007, being sent to SLS SHIPBUILDING CO., LTD. ("SLS") be released in accordance with the original wire transfer instructions; and

IT IS HEREBY ORDERED that any funds restrained pursuant to the Process of Maritime Attachment and Garnishment authorized by this Court's Order dated November 20, 2007, being sent by SLS SHIPBUILDING CO., LTD. ("SLS") be released back to SLS; and

NYDOCS1/295712.1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE: 12-28-07

IT IS FURTHER ORDERED that this action be dismissed with prejudice and without costs as to either party.

**SO ORDERED:**

December 27, 2007

*/s/ John F. Keenan*

Hon. John F. Keenan
U.S.D.J.